# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTOINE R. WARNER**                                                        **PLAINTIFF**

**v.**                          **Case No. 4:23-cv-00785-KGB**

**PULASKI COUNTY PROSECUTOR'S**
**OFFICE,** *et al.*                                                   **DEFENDANTS**

## ORDER

On June 8, 2026, the Court ordered plaintiff Antoine R. Warner to pay the statutory filing fee of $402.00 or to file a properly completed application to proceed *in forma pauperis* ("IFP") within 30 days of the Court's Order (Dkt. No. 4). The Court warned Warner that failure to do one or the other would result in the dismissal of his cases without prejudice. Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires pro se litigants like Warner: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently.

Warner has not paid the statutory filing fee, filed a properly completed application to proceed IFP, or otherwise responded to the Court's June 8, 2026, Orders. Given Warner's failure to comply with the Court's June 8, 2026, Order, and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Warner's complaint (Dkt. No. 1).

It is so ordered this 9th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge