# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTOINE R. WARNER**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:23-cv-00785-KGB**

**PULASKI COUNTY PROSECUTOR'S**
**OFFICE,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Antoine R. Warner's complaint is dismissed without prejudice.  The relief sought is denied.

It is so ordered this 9th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge